HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| VANESSA HEROLD, individually and on behalf of all others similarly situated, <br><br>       Plaintiff, <br><br>   v. <br><br> COGNIZANT BUSINESS SERVICES CORPORATION, a foreign profit corporation; COGNIZANT HEALTHCARE SERVICES, LLC, a foreign limited liability company; COGNIZANT MORTGAGE SERVICES CORPORATION, a foreign profit corporation; COGNIZANT TECHNOLOGY SOLUTIONS SERVICES, LLC, a foreign limited liability company; COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, a foreign profit corporation; and DOES 1-20, <br><br>       Defendants. | No. 2:23-CV-1787 JLR <br><br> **JOINT STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> NOTED ON MOTION CALENDAR: NOVEMBER 27, 2023 |

## I.  STIPULATION

1.  Plaintiff, Vanessa Herold, filed a complaint against Defendants Cognizant Business Services Corporation, Cognizant Healthcare Services, LLC, Cognizant Mortgage Services Corporation, Cognizant Technology Solutions Services, LLC, and Cognizant Technology Solutions U.S. Corporation ("Cognizant") on October 13, 2023, in Washington State Superior Court for King County.

STIP AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME – 1
(No. 2:23-CV-1787 JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164576234.1

1    2.    Plaintiff served a copy of the Complaint on Cognizant on October 19, 2023.

2    3.    Cognizant removed this matter to this Court on November 20, 2023. Cognizant's

3 responsive pleading is due on November 27, 2023.

4    4.    Plaintiff and Cognizant are engaged in settlement negotiations which would result

5 in dismissal of this action in late December 2023 or early January 2024.

6    5.    To permit additional time for these discussions, Plaintiff and Cognizant jointly

7 stipulate to, and request the Court to allow, additional time for Cognizant to respond to Plaintiff's

8 complaint until January 22, 2023.

9    6.    No other dates or deadlines would be altered by this proposed extension of time, as

10 no other dates or deadlines have been scheduled.

11 RESPECTFULLY SUBMITTED this 27th of November 2023.

12

13

14

**EMERY | REDDY, PLLC**                **PERKINS COIE LLP**

By: *s/ Timothy W. Emery*              By: *s/ Emily A. Bushaw*

15    Timothy W. Emery, WSBA No. 34078        Emily A. Bushaw, WSBA No. 41693
    Patrick B. Reddy, WSBA No. 34092        Kyle D. Nelson, WSBA No. 49981

16    Paul Cipriani, WSBA No. 59991          1201 Third Avenue, Suite 4900
    600 Stewart Street, Suite 1100          Seattle, Washington 98101-3099

17    Seattle, WA 98101                      Telephone: +1.206.359.8000
    Telephone: +1.206.442.9106              Facsimile: +1.206.359.9000

18    Facsimile: +1.206.359.9000            EBushaw@perkinscoie.com
    emeryt@emeryreddy.com                  KyleNelson@perkinscoie.com

19    reddyp@emeryreddy.com
    paul@emeryreddy.com

20

21

22

23

24

25

26

STIP AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME – 2
(No. 2:23-CV-1787 JLR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

164576234.1

## II.  [~~PROPOSED~~] ORDER

Based on the foregoing stipulation, IT IS SO ORDERED that Cognizant's time to respond to Plaintiffs' complaint is extended to January 22, 2024.

DATED: This 28th day of November, 2023.

_____
THE HONORABLE JAMES L. ROBART

*Presented by:*

**PERKINS COIE LLP**

By: *s/ Emily A. Bushaw*
    Emily A. Bushaw, WSBA No. 41693
    Kyle D. Nelson, WSBA No. 49981
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    EBushaw@perkinscoie.com
    KyleNelson@perkinscoie.com

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
    Timothy W. Emery, WSBA No. 34078
    Patrick B. Reddy, WSBA No. 34092
    Paul Cipriani, WSBA No. 59991
    600 Stewart Street, Suite 1100
    Seattle, WA 98101
    Telephone: +1.206.442.9106
    Facsimile: +1.206.359.9000
    emeryt@emeryreddy.com
    reddyp@emeryreddy.com
    paul@emeryreddy.com

STIP AND [~~PROPOSED~~] ORDER FOR
EXTENSION OF TIME – 3
(No. 2:23-CV-1787 JLR)

164576234.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000