The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANESSA HEROLD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COGNIZANT BUSINESS SERVICES CORPORATION, a foreign profit corporation; COGNIZANT HEALTHCARE SERVICES, LLC, a foreign limited liability company; COGNIZANT MORTGAGE SERVICES CORPORATION, a foreign profit corporation; COGNIZANT TECHNOLOGY SOLUTIONS SERVICES, LLC, a foreign limited liability company; COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, a foreign profit corporation; and DOES 1-20,<br><br>　　　　　　　　Defendants. | No. 2:23-cv-01787-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[PROPOSED] |

## **STIPULATION**

COMES NOW, Plaintiff Vanessa Herold and Defendants Cognizant Business Services Corporation, Cognizant Healthcare Services, LLC, Cognizant Mortgage Services Corporation, Cognizant Technology Solutions Services, LLC, and Cognizant Technology Solutions U.S. Corporation, through their respective attorneys of record, hereby stipulate and agree that this

STIPULATION AND ORDER OF DISMISSAL- 1

**EMERY | REDDY, PLLC**
600 Stewart St Ste 1100, Ste 1100
Seattle, Washington 98101
PHONE: (206) 442-9106 • FAX: (206) 41-9711

action be dismissed in its entirety as specified herein. All claims of Plaintiff shall be dismissed with prejudice. There shall be no award of costs or attorney fees.

Dated this 26th day of January, 2024.

| EMERY | REDDY, PLLC | PERKINS COIE LLP |
|---|---|

By: */s/ Timothy W. Emery*
By: */s/ Patrick B. Reddy*
By: */s/ Paul Cipriani*
Timothy W. Emery. WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart St., Ste 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
*Attorneys for Plaintiff*

By: */s/ Emily A. Bushaw*
By: */s/ Kyle D. Nelson*
Emily A. Bushaw, WSBA No. 41693
Kyle D. Nelson, WSBA No. 49981
Perkins Coie LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone : (206) 359-8000
Fax : (206) 359-9000
Email : ebushaw@perkinscoie.com
Email : kylenelson@perkinscoie.com
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL- 2

**EMERY | REDDY, PLLC**
600 Stewart St Ste 1100, Ste 1100
Seattle, Washington 98101
PHONE: (206) 442-9106 • FAX: (206) 41-9711

**ORDER**

Based on the above stipulation of the parties, It Is Ordered:

1. This action is dismissed in its entirety;

2. All claims of Plaintiff Vanessa Herold are dismissed with prejudice;

3. Each shall bear their own costs and fees and there shall be no award of costs, attorney fees, or any other amount to either party.

DONE this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE
BARBARA J. ROTHSTEIN

| Presented By: | Approved as to Form and Notice of Presentation Waived By: |
|---|---|
| EMERY | REDDY, PLLC | PERKINS COIE LLP |

By: /s/ Timothy W. Emery
By: /s/ Patrick B. Reddy
By: /s/ Paul Cipriani
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart St., Ste 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
*Attorneys for Plaintiff*

By:/s/ Emily A. Bushaw
By: /s/ Kyle D. Nelson
Emily A. Bushaw, WSBA No. 41693
Kyle D. Nelson, WSBA No. 49981
Perkins Coie LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101
Telephone : (206) 359-8000
Fax : (206) 359-9000
Email : ebushaw@perkinscoie.com
Email : kylenelson@perkinscoie.com
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL- 3

**EMERY | REDDY, PLLC**
600 Stewart St Ste 1100, Ste 1100
Seattle, Washington 98101
PHONE: (206) 442-9106 • FAX: (206) 41-9711